United States District Court
Southern District of Texas
**ENTERED**
March 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN POLASEK, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-14-1695 |
| JPMORGAN CHASE BANK, N.A., | § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objection thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** this 31st day of March, 2016, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE